IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEELWORKERS PENSION TRUST, By DANIEL A. BOSH, Chairman,<br><br>Plaintiff,<br><br>v.<br><br>REPUBLIC STEEL,<br><br>Defendant. | Civil Action No. 2:22-cv-1198 |

## COMPLAINT

1. This action arises from Defendant Republic Steel's failure to pay the amount of its monthly pension contributions to Plaintiff Steelworkers Pension Trust ("SPT"), in violation of its Collective Bargaining Agreement ("CBA") with the United Steel, Paper, Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service-Workers International Union (the "USW").

2. The Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331 because it arises under Sections 502 and 515 of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §§1132 and 1145.

3. The SPT is a Pennsylvania non-profit corporation which maintains its principal place of business at 60 Boulevard of the Allies, Suite 600, Pittsburgh, Pennsylvania 15222.

4. Given that the SPT is administered in Pittsburgh, venue is appropriate in this judicial district pursuant to Section 502(e)(2) of ERISA, 29 U.S.C. § 1132(e)(2).

5. The SPT is a multiemployer plan within the meaning of Sections 3(37) and 4001(a)(3) of ERISA, 29 U.S.C. §§1002(37) and 1301(a)(3).

6. The SPT is maintained for the purpose of providing retirement and related benefits to eligible participants and beneficiaries.

7. The SPT is a jointly administered employee benefit trust fund composed of an equal number of union and management trustees, established and maintained pursuant to Section 302(c)(5) of the Labor Management Relations Act (Taft-Hartley Act), 29 U.S.C. §186(c)(5).

8. Daniel A. Bosh, being Chairman of the SPT's Board of Trustees ("Board"), is duly authorized to act on behalf of the Board. Mr. Bosh and the Board are fiduciaries of the SPT within the meaning of Section 3(21)(A) of ERISA, 29 U.S.C. §1002(21)(A).

9. Defendant Republic Steel is engaged in the manufacturing business and maintains its principal place of business at 2633 8th Street, N.E., Canton, Ohio 44704.

10. Republic Steel has failed to pay monthly contributions causing interest and liquidated damages to accrue from the date of each remittance report.

11. The SPT has demanded that Republic Steel pay all amounts due and owing, but Republic Steel has ignored such demands.

## COUNT I

**UNPAID CONTRIBUTIONS, INTEREST, LIQUIDATED DAMAGES, AND ATTORNEYS' FEES AND COSTS PURSUANT TO 29 U.S.C §§ 1132(g)(2) AND 1145**

### ERISA Collection Action

12. The SPT incorporates the foregoing allegations as if fully set forth herein.

13. Republic Steel is delinquent to the SPT under its CBA and 29 U.S.C. § 1145 for failing to fully comply with its contribution obligation to the SPT.

14. The SPT is therefore entitled to unpaid contributions, interest, liquidated damages, and attorneys' fees and costs under 29 U.S.C. § 1132(g)(2).

15. The SPT is entitled to unpaid contributions in the amount of $595,407.04

16. The SPT is entitled to interest on all late and unpaid contributions at a rate of 15% per year, per the SPT's Declaration of Trust (to which Republic Steel is bound by virtue of the CBA), in an amount that, as of July 31, 2022, totals $18,798.54.

17. Interest continues to accrue on all unpaid contributions at the rate of $244.69 per day (($595,407.04 x 0.15)/365 = $244.69), and the SPT remains entitled to collect the same until the termination of this case.

18. The SPT is entitled to additional damages pursuant to 29 U.S.C. § 1132(g)(2)(C), for an amount equal to the greater of (i) interest on unpaid contributions, *i.e.,* a "double interest" award, or (ii) liquidated damages provided for under the plan, which, according to the Declaration of Trust, equals 10% of each missed payment.

19. Because the liquidated damages are greater than the interest on the late and unpaid contributions, the SPT is entitled to liquidated damages which, as of July 31, 2022, totals $73,181.86.

20. In accordance with the above, Republic Steel is currently delinquent to the SPT in the total amount of $687,387.44.

21. Pursuant to 29 U.S.C. § 1132(g)(2)(D), the SPT also is entitled to reasonable attorneys' fees and costs in this action.

22. Because the amount owed by Republic Steel will continue to increase as it continues to ignore its contribution obligation, prior to the Court's entry of judgment in this matter, the SPT reserves its right to submit a petition for principal contributions, interest, liquidated damages, reasonable attorneys' fees and costs for the Court's review pursuant to 29 U.S.C. § 1132(g)(2).

23. In all, Republic Steel's failure to pay its monthly contributions, as required under the CBA, has caused the SPT to suffer loss of investment income, to incur additional

administrative expenses, and has resulted in less monies being available to provide pension benefits to covered workers and their families.

WHEREFORE, the SPT demands the following relief:

a. For Republic Steel to be required to file complete and accurate monthly remittance reports with the SPT covering all aspects of Republic Steel's business operations July 2022 to present; and

b. For Republic Steel to present for audit, inspection and/or copying all payroll, unemployment compensation, tax and other records pertaining to hours worked by Republic Steel's covered employees from July 2022 to present to enable the SPT to verify the amounts due and owing to the SPT; and

c. For a money judgment in favor of the SPT and against Republic Steel in the sum of $687,387.44, plus such additional amounts shown to be owed to the SPT until termination of this case, plus liquidated damages, attorneys' fees, and costs of suit; and for such other and further relief as the Court may deem just.

TUCKER ARENSBERG, P.C.

 s/Neil J. Gregorio
Neil J. Gregorio, Esquire
PA I.D. No. 90859
Ian M. Grecco, Esquire
PA I.D. No. 324372
1500 One PPG Place
Pittsburgh, PA 15222
(412) 594-3911

Attorneys for Plaintiff

Steelworkers Pension Trust, By
Daniel A. Bosh, Chairman

TADMS:6218284-1 029107-161356