IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEELWORKERS PENSION TRUST, by DANIEL A. BOSH, Chairman, <br><br> Plaintiff, <br><br> v. <br><br> REPUBLIC STEEL, <br><br> Defendant. | Civil Action No. 22-1198 <br> Magistrate Judge Maureen P. Kelly |

## JUDGMENT

AND NOW, this 4th day of January 2023, upon entry of a verdict, ECF No. 37, in favor of Plaintiff Steelworkers Pension Trust, by Daniel A. Bosh, Chairman ("Plaintiff") and against Defendant Republic Steel awarding damages for unpaid monthly contributions, interest, and liquidated damages, and based on the Court's findings of fact and conclusions of law set forth therein,

IT IS HEREBY ORDERED that JUDGMENT is entered in favor of Plaintiff and against Defendant Republic Steel in the total amount of $1,274,075.34, as follows:

1. Unpaid monthly contributions in the amount of $1,086,533.03.

2. Interest in the amount of $65,247.85.

3. Liquidated damages in the amount of $122,294.46.

MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE