IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEELWORKERS PENSION TRUST, by DANIEL A. BOSH, Chairman, <br><br> Plaintiff, <br><br> v. <br><br> REPUBLIC STEEL, <br><br> Defendant. | Civil Action No. 22-1198 <br> Magistrate Judge Maureen P. Kelly |

**AMENDED JUDGMENT**

AND NOW, this 31st day of January 2023, upon entry of the Amended Opinion, ECF No. 44, in favor of Plaintiff Steelworkers Pension Trust, by Daniel A. Bosh, Chairman ("Plaintiff") and against Defendant Republic Steel awarding damages for unpaid monthly contributions, interest, and liquidated damages, and based on the Court's findings of fact and conclusions of law set forth therein,

IT IS HEREBY ORDERED that AMENDED JUDGMENT is entered in favor of Plaintiff and against Defendant Republic Steel in the total amount of $1,399,743.73, as follows:

1. Unpaid monthly contributions in the amount of $1,198,580.75.

2. Interest in the amount of $67,663.75.

3. Liquidated damages in the amount of $133,499.23.

_____
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE