IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEELWORKERS PENSION TRUST, By DANIEL A. BOSH, Chairman,<br><br>    Plaintiff,<br><br>v.<br><br>REPUBLIC STEEL,<br><br>    Defendant,<br><br>v.<br><br>J.P. MORGAN CHASE BANK, N.A. d/b/a CHASE BANK,<br><br>    Garnishee. | Civil Action No. 2:22-cv-01198-MPK |

## JUDGMENT

Pursuant to the Praecipe for Judgment by Admission and Affidavit filed, judgment is hereby entered against J.P. Morgan Chase Bank, N.A. d/b/a Chase Bank, Garnishee, in the amount of $78,141.50.



CLERK'S ENTRY OF JUDGMENT

Date: 5/22/23

*Carina Loushe*
Docket Clerk

*Brandy S. Lonchena*
Brandy S. Lonchena

TADMS:11383124-1 029107-161356